IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LETTY RIOS, XOCHITL SALINAS, and RUBEN CONTRERAS,<br>    Plaintiffs.<br><br>v.<br><br>CORECIVIC, INC., HECTOR MELCHOR, and ROBERT RODRIGUEZ,<br>    Defendants. | §§§§§§§§§§§§     EP-20-CV-00037-KC |

# FINAL JUDGMENT

On this day, the Court dismissed the above-captioned cause. The Court now enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this 26th day of March, 2021.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE